# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1354
Lower Tribunal No. 2017-CA-004879-O

_____

ROBERT J. CRAGER, LYNDA M. CRAGER, CS TERRACES, LLC, as Trustee under LAND TRUST 134B DATED JUNE 24, 2012, and the unknown beneficiaries of the LAND TRUST 134B DATED JUNE 24, 2012,

Appellants,

v.

U.S. BANK NATIONAL ASSOCIATION, not in its individual capacity but solely as Trustee for the RMAC TRUST, SERIES 2016-CTT and CHURCH STREET TERRACE CONDOMINIUM ASSOCIATION, INC.,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Luis F. Calderon, Judge.

August 14, 2026


PER CURIAM.

Robert and Lynda Crager appeal the final judgment of foreclosure entered in favor of U.S. Bank National Association, not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT ("U.S. Bank"). The Crager's assert that the order granting summary judgment fails to comply with Florida Rule of Civil

Procedure 1.510(a) and that summary judgment was improper because their affirmative defenses created genuine issues of material fact.

Because we agree that that the trial court failed to detail its specific reasons for granting summary judgment as required by rule 1.510(a), we reverse and remand for the limited purpose of having the trial court enter an order that is compliant with the rule. *BBURGETT, LLC v. BENFAM HOLDINGS, LLC*, 431 So. 3d 609, 610 (Fla. 6th DCA 2026). This issue is dispositive and we, therefore, do not reach the merits of whether the affirmative defenses raised create genuine issues of material fact. *Id.*

REVERSED and REMANDED.

NARDELLA, KAMOUTSAS and PRATT, JJ., concur.


Andrew B. Greenlee, of Andrew B. Greenlee, P.A., Sanford, and Anthony N. Legendre, II, of Law Offices of Legendre & Legendre, PLLC, Maitland, for Appellants.

Danielle Spradley and Jason M. Vanslette, of Kelley Kronenberg, Fort Lauderdale, for Appellee, U.S. Bank National Association, not in its individual capacity but solely as Trustee for the RMAC Trust, Series 2016-CTT.

No Appearance for Appellee, Church Street Terrace Condominium Association, Inc.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED